FILED'09 APR 17 12:22 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JACOB ANTHONY,                               07-CV-698-HU

        Plaintiff,                        ORDER

v.

CORPORAL ESTHER SHACKMANN
and CORPORAL KENNETH STEPP,

        Defendants.

JACOB ANTHONY
#10146552
Two Rivers Correctional Institution
82911 Beach Access Road
Umatilla, OR 97882

        Plaintiff, *Pro Se*

1- ORDER

**JOHN KROGER**
Attorney General
**LEONARD W. WILLIAMSON**
Assistant Attorney General
State of Oregon Department of Justice
1162 Court Street, N.E.
Salem, OR 97301
(503) 947-4700

              Attorneys for Defendants

**BROWN, Judge.**

    Magistrate Judge Dennis James Hubel issued Findings and Recommendation (#44) on January 26, 2009, in which he recommends the Court grant Defendants' Motion for Summary Judgment (#32). Plaintiff filed Objections to the Findings and Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

    When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*); *United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988).

    This Court has carefully considered Plaintiff's Objections and concludes they do not provide a basis to modify the Findings and Recommendation. For example, the Court concludes the Magistrate Judge, after properly viewing the facts in the light most favorable to Plaintiff, concluded Corporal Esther

2- ORDER

Schackmann's slapping of Plaintiff was a *de minimis* use of force and, therefore, Corporal Schackmann did not violate Plaintiff's rights under the Eighth Amendment. Similarly, the Magistrate Judge properly found the record reflects neither named Defendant was responsible for Plaintiff's transfer to the Disciplinary Segregation Unit (DSU) and, therefore, Plaintiff may not sustain a First Amendment claim against Defendants. Finally, the Magistrate Judge properly concluded Plaintiff has not established a claim for violation of his right to due process under the Fourteenth Amendment because Plaintiff received all of the process he was due relating to his transfer to the DSU.

The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Hubel's Findings and Recommendation (#44) and, therefore, **GRANTS** Defendants' Motion for Summary Judgment (#32).

IT IS SO ORDERED.

DATED this 16th day of April, 2009.

*/s/ Anna J. Brown*
ANNA J. BROWN
United States District Judge

3- ORDER